UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TASHA ROYSTER,

    Plaintiff,                                Case No.:  4:19-cv-517

v.

LARRY ROBINSON, in his official capacity
as PRESIDENT, FLORIDA A&M UNIVERSITY;
KELVIN LAWSON, in his official capacity as
CHAIRMAN, FLORIDA A&M UNIVERSITY
BOARD OF TRUSTEES; ELMIRA MANGUM,
in her official capacity; and JIMMY MILLER,
in his individual capacity,

    Defendants.
_____/

## DEFENDANTS' NOTICE OF REMOVAL

Defendants, **LARRY ROBINSON, in his official capacity as PRESIDENT, FLORIDA A&M UNIVERSITY and KELVIN LAWSON, in his official capacity as CHAIRMAN, FLORIDA A&M UNIVERSITY BOARD OF TRUSTEES**, pursuant to 28 U.S.C. §§ 1331, 1441, 1443, 1446, and N.D. Fla. Loc. R. 7.2, hereby file this Notice of Removal of an action pending in the Circuit Court of the Second Judicial Circuit, in and for Leon County, Florida, to the United States District Court, Northern District of Florida, Tallahassee Division and, in support hereof states as follows:

1. Defendants desire to exercise their rights under the provisions of 28 U.S.C. § 1331, *et seq.*, to remove this action from the Second Judicial Circuit in and for Leon County, Florida, where it is now pending under the name and style of: *Tasha Royster v. Larry Robinson, in his official capacity as President, Florida A&M University; Kelvin Lawson, in his official capacity as Chairman, Florida A&M University Board of Trustees; Elmira Mangum, in her official capacity; and Jimmy Miller, in his individual capacity,* Case No. 2019-CA-001817 (hereinafter referred to as the "Circuit Court Action").

2. The Complaint filed by Plaintiff on July 29, 2019, and served on the Defendants on October 11, 2019, contains two (2) counts as follows:

**Count I:** **First Amendment Retaliation against President Robinson and Lawson**
(42 U.S.C. §1983)
**Count II:** **First Amendment Retaliation against Mangum and Miller**
(42 U.S.C. §1983)

3. This Court has federal question jurisdiction over all claims in Plaintiff's Complaint since they are brought pursuant to 42 U.S.C. §1983.

4. Pursuant to 28 U.S.C. § 1446(a), copies of the Summons and Complaint as well as all other process, pleadings, and orders on file in the Circuit Court Action to date are attached to this Notice of Removal as **"Exhibit 1."** To the undersigned's knowledge, no other papers or pleadings have been filed in the Circuit Court Action other than those attached hereto.

5. In accordance with the requirements of 28 U.S.C. § 1446(b)(2)(B), this Notice of Removal is filed within 30 days of the Defendants' receipt of the initial pleading through service of the Summons and Complaint.

6. All defendants that have been properly joined and served consent to removal under 28 U.S.C § 1441(b)(2)(A).

7. Venue in this District and Division is proper for purposes of removal under 28 U.S.C. § 1441(a), because this District and Division embrace the place in which the removed action was filed and is pending – Leon County, Florida.

8. Pursuant to 28 U.S.C. § 1446(d), written and electronic notice of filing this Notice of Removal will be served upon Plaintiff's counsel, Marie A. Mattox. A true copy of this Notice of Removal will also be filed with the Clerk of the Circuit Court of the Second Judicial Circuit in and for Leon County, Florida, as required by law.

## **Removal Based on Federal Question Jurisdiction**

9. Unless specifically prohibited by an act of Congress, "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and

division embracing the place where such action is pending." 28 U.S.C. § 1441(a). This Court possesses original jurisdiction over this civil action, because it involves a federal question under 28 U.S.C. § 1331. More specifically, Plaintiff's Complaint is brought under 42 U.S.C. § 1983.

**WHEREFORE**, Defendants, **LARRY ROBINSON, in his official capacity as PRESIDENT, FLORIDA A&M UNIVERSITY and KELVIN LAWSON, in his official capacity as CHAIRMAN, FLORIDA A&M UNIVERSITY BOARD OF TRUSTEES**, respectfully request that this action be removed to this Court and that this Court accept jurisdiction of this action, and henceforth that this action be placed on the docket of this Court for further proceedings, the same as though this action had been originally instituted in this Court.

Dated this 16th day of October, 2019.

Respectfully submitted,

*/s/ Diana K. Shumans*
**DIANA K. SHUMANS**
Florida Bar No.: 675822
dshumans@sniffenlaw.com

**SNIFFEN & SPELLMAN, P.A.**
123 North Monroe Street
Tallahassee, Florida 32301
Telephone: (850) 205-1996
Facsimile: (850) 205-3004

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this 16th day of October, 2019, a true and correct copy of the foregoing was electronically filed in the U.S. District Court, Northern District of Florida, using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Diana K. Shumans*
**DIANA K. SHUMANS**